**Order entered April 30, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00108-CV

**UNITED SERVICES PROFESSIONAL GROUP, INC. D/B/A PYRAMID REALTY, MAJID HAMMASI, SADAT BASSAMPOUR FATEMEH, AND AL DANESHIAN, Appellants**

**V.**

**DAVID M. HURT, KIMBERLY R. HURT, NATIONAL AUDUBON SOCIETY, INC., AND DALLAS COUNTY AUDUBON SOCIETY, INC., Appellees**

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-04892-I

## ORDER

The reporter's record in this case is overdue. By postcard dated February 18, 2014, we notified the Official Court Reporter for the 162nd Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response. This appeal cannot proceed until the issue of the reporter's record is resolved.

Because our records show the reporter's record has been requested and paid for, we **ORDER** Court Reporter Sheretta L. Martin to file the reporter's record within **TWENTY DAYS**

of the date of this order.


/s/     ELIZABETH LANG-MIERS
        JUSTICE